IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL; YELLOWSTONE TO UINTAS CONNECTION; FRIENDS OF THE BITTERROT; and WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>vs.<br><br>TOM VILSACK, in his official capacity as Secretary of the Department of Agriculture; RANDY MOORE, in his official capacity as Chief of the Forest Service; MATTHEW ANDERSON, in his official capacity as the Bitterroot National Forest Supervisor; DAN PLILEY, in his official capacity as the West Fork District Ranger; UNITED STATES FOREST SERVICE; and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | CV 24–10–M–DLC–KLD<br><br>ORDER |

Plaintiffs move for the admission of Jessica Christy to practice before this Court in this case with Rachel Inabnit to act as local counsel. Ms. Christy's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Jessica Christy pro hac vice is GRANTED on the condition that Ms. Christy shall

do her own work.  This means that Ms. Christy must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally.  Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.  Ms. Christy may move for the admission pro hac vice of one (1) associate of her firm.  Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Christy.

    IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Christy, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

    DATED this 1st day of February, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge