TODD KIM
United States Department of Justice
Assistant Attorney General
Environment & Natural Resources Division

SHAUN M. PETTIGREW (CA State Bar No. 254564)
Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
Phone: (202) 532-5973
shaun.pettigrew@usdoj.gov

JOSEPH W. CRUSHAM (CA Bar No. 324764)
Trial Attorney
Wildlife & Marine Resources Section
150 M Street, N.E.
Washington, D.C. 20002
(202) 307-1145 (Crusham)
joseph.crusham@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, et al., | ) ) ) |
| Plaintiffs, | ) Case No. 9:24-cv-00010-DLC-KLD ) |
| v. | ) ) |
| TOM VILSACK, in his official capacity as Secretary of the Department of Agriculture, et al., | ) PROPOSED JOINT CASE ) MANAGEMENT PLAN ) ) |
| Defendants. | ) |

In accordance with this Court's January 16, 2024, Order, (ECF No. 5), Plaintiffs and Defendants submit the following proposed joint case management plan for resolution of this matter:[1]

| **Event** | **Deadline** |
|---|---|
| Motions to Dismiss (fully briefed) | Not Necessary |
| Certification of the Administrative Records | April 17, 2024 |
| Any Motion to Amend the Complaint | Not Necessary |
| Plaintiffs to Notify Defendants of any Objections to the Administrative Records | May 1, 2024 |
| Any Motion to Complete and/or Supplement the Administrative Records | May 24, 2024 |
| Plaintiffs' Motion for Summary Judgment | June 14, 2024 |
| Defendants' Cross Motion for Summary Judgment and Response | July 26, 2024 |
| Plaintiffs' Response and Reply | August 16, 2024 |
| Defendants' Reply | September 13, 2024 |
| Motion for Summary Judgment (fully briefed) | September 13, 2024 |

A stipulation as to authenticity and foundation is not appropriate for this case because it will be decided on the certified administrative records and there will be no documents produced in pre-trial disclosures or discovery.  ECF No. 5

---

[1] The U.S. Attorney's Office for the District of Montana was served with the Complaint on January 22, 2024, making Defendants' answer due on March 22, 2024.  *See* Fed. R. Civ. P. 12(a)(2).  Defendants will answer on or before that date.

¶ 6.  The parties will comply with the requirements for the administrative records and hyperlinked briefs set forth in the Order.  *Id.* ¶¶ 7, 8.

Respectfully submitted on this 18th day of March, 2024.

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division


*/s/ Joseph W. Crusham*
SHAUN M. PETTIGREW
Senior Trial Attorney
CA State Bar No. 254564
c/o NOAA Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
Telephone: (202) 532-5973
shaun.pettigrew@usdoj.gov

JOSEPH W. CRUSHAM
Trial Attorney
CA Bar No. 324764
Wildlife & Marine Resources Section
150 M Street, N.E.
Washington, D.C. 20002
(202) 307-1145
joseph.crusham@usdoj.gov

*Attorneys for Defendants*


*/s/ Jessica Christy*
Rachel G. Inabnit
LAW OFFICE OF RACHEL INABNIT, PLLC

2

P.O. Box 8846
Missoula, MT 59807
(406) 201-1305
rachel@inabnitlawoffice.com

Jessica Christy
Christy Law LLC
2055 South Oneida Street, Suite 394
Denver, CO 80224
(720) 729-7841
jessica@christylaw.legal

Attorneys for Plaintiffs