IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL; YELLOWSTONE TO UINTAS CONNECTION; FRIENDS OF THE BITTERROT; and WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>vs.<br><br>TOM VILSACK, in his official capacity as Secretary of the Department of Agriculture; RANDY MOORE, in his official capacity as Chief of the Forest Service; MATTHEW ANDERSON, in his official capacity as the Bitterroot National Forest Supervisor; DAN PLILEY, in his official capacity as the West Fork District Ranger; UNITED STATES FOREST SERVICE; and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | CV 24–10–M–DLC–KLD<br><br><br>ORDER |

IT IS ORDERED that the parties' joint case management plan is adopted, with modifications as set forth below, and the following schedule shall govern the dispositive briefing in this matter:

| | |
|---|---|
| Federal Defendants' responsive pleading | March 22, 2024 |
| Federal Defendants will compile and lodge the Administrative Record on or before: | April 17, 2024 |
| Plaintiff shall raise with Federal Defendants, informally and in writing, any and all issues relating to the sufficiency of the agencies' administrative records (parties shall seek to informally and in good faith resolve any issues without the assistance of the Court): | May 1, 2024 |
| Deadline for motion to supplement or challenge the administrative record: | May 24, 2024 |

**Note:  The filing of a motion to supplement the Administrative Record will not suspend the Summary Judgment briefing schedule set forth below.**

| | |
|---|---|
| Plaintiffs' motion for summary judgment and brief in support (limited to 6,500 words): | June 14, 2024 |
| Federal Defendants' combined cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment (limited to 6,500 words): | July 25, 2024 |
| Plaintiffs' combined response to Federal Defendants' cross-motion for summary judgment and reply in support of their motion for summary judgment (limited to 6,500 words): | August 16, 2024 |

//

//

//

| | |
|---|---|
| Federal Defendants' reply in support of their cross-motion for summary judgment (limited to 3,500 words): | September 13, 2024 |

DATED this 18th day of March, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge