Bill Fulbright, Ravalli County Attorney
Christine Lindley, Deputy County Attorney
205 Bedford St, Suite C
Hamilton, MT  59804
bfulbright@rc.mt.gov
clindley@rc.mt.gov

Julie Weis
HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR  97201
weis@hk-law.com
(Motion for admission *pro hac vice* pending)

*Attorneys for Intervenor Defendant*
*Ravalli County, Montana*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL, YELLOWSTONE TO UINTAS CONNECTION, FRIENDS OF THE BITTERROOT, and WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>vs.<br><br>TOM VILSACK, in his official capacity as Secretary of the Department of Agriculture; RANDY MOORE, in his official capacity as Chief of the Forest Service; | Case No: 24-CV-10-DLC-KLD<br><br><br>**CORPORATE DISCLOSURE STATEMENT** |

**CORPORATE DISCLOSURE STATEMENT**

| | |
|---|---|
| MATTHEW ANDERSON, in his official capacity as the Bitterroot National Forest Supervisor; DAN PLILEY, in his official capacity as the West Fork District Ranger, UNITED STATES FOREST SERVICE; and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>　　　　　Defendants.<br><br>RAVALLI COUNTY, MONTANA,<br><br>　　　　　Intervenor Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, intervenor defendant Ravalli County is a governmental entity to which the Rule 7.1 disclosure requirement is inapplicable.

Dated this 24th day of April, 2024.

　　　　　　　　　　　　　　　　/s/ Christine Lindley
　　　　　　　　　　　　　　　　Bill Fulbright, Ravalli County Attorney
　　　　　　　　　　　　　　　　Christine Lindley, Ravalli County Civil
　　　　　　　　　　　　　　　　Deputy Attorney

　　　　　　　　　　　　　　　　Julie A. Weis
　　　　　　　　　　　　　　　　HAGLUND KELLEY LLP
　　　　　　　　　　　　　　　　Portland, Oregon (Motion for admission
　　　　　　　　　　　　　　　　*pro hac vice* pending)

　　　　　　　　　　　　　　　　*Attorneys for Intervenor Defendant Ravalli County, Montana*

Page 1 – **CORPORATE DISCLOSURE STATEMENT**

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2024, I served a true and correct copy of the foregoing document, via CM/ECF on:

Clerk of U.S. District Court

| | |
|---|---|
| Rachel Glenn Inabnit | Jessica Christy |
| Law Office of Rachel Inabnit, PLLC | Christy Law LLCS |
| P.O. Box 8846 | 2055 South Oneida St., Suite 394 |
| Missoula, MT 59087 | Denver, CO 80224 |
| rachel@inabnitlawoffice.com | jessica@christylaw.legal |

*Attorneys for Plaintiffs*

Shaun M. Pettigrew
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D. ENVIRONMENT & NATURAL RESOURCES DIVISION
C/O NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
shaun.pettigrew@usdoj.gov

Joseph W. Crusham
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D.  WILDLIFE AND MARINE RESOURCES SECTION
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
joseph.crusham@usdoj.gov

*Attorneys for Federal Defendants*

                                    By: /s/ Christine Lindley
                                        Bill Fulbright, Ravalli County Attorney
                                        Christine Lindley, Deputy County Attorney

**CERTIFICATE OF SERVICE**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201