IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES; NATIVE ECOSYSTEMS COUNCIL; YELLOWSTONE TO UINTAS CONNECTION; FRIENDS OF THE BITTERROT; and WILDEARTH GUARDIANS, | CV 24–10–M–DLC–KLD |
| Plaintiffs, | ORDER |
| vs. | |
| TOM VILSACK, in his official capacity as Secretary of the Department of Agriculture; RANDY MOORE, in his official capacity as Chief of the Forest Service; MATTHEW ANDERSON, in his official capacity as the Bitterroot National Forest Supervisor; DAN PLILEY, in his official capacity as the West Fork District Ranger; UNITED STATES FOREST SERVICE; and UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Defendants, | |
| RAVALLI COUNTY, MONTANA | |
| Defendant-Intervenor. | |

Defendant-Intervenor moves for the admission of Christopher T. Griffith to

practice before this Court as pro hac vice Counsel in this case with Bill Fulbright

1

and Christine Lindley to act as local counsel.  Mr. Griffith's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant Intervenor's motion to admit Christopher T. Griffith pro hac vice is GRANTED on the condition that Mr. Griffith shall do his own work.  This means that Mr. Griffith must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally.   Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Griffith, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 8th day of May, 2024.


_____
Kathleen L. DeSoto
United States Magistrate Judge