IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL; YELLOWSTONE TO UINTAS CONNECTION; FRIENDS OF THE BITTERROT; and WILDEARTH GUARDIANS, | CV 24–10–M–DLC–KLD |
| Plaintiffs, | ORDER |
| vs. | |
| TOM VILSACK, in his official capacity as Secretary of the Department of Agriculture; RANDY MOORE, in his official capacity as Chief of the Forest Service; MATTHEW ANDERSON, in his official capacity as the Bitterroot National Forest Supervisor; DAN PLILEY, in his official capacity as the West Fork District Ranger; UNITED STATES FOREST SERVICE; and UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Defendants. | |

The parties have filed a joint motion to stay the deadlines established by the

March 18, 2024 Case Management Order (Doc. 16) to allow time for Plaintiffs to

provide 60-day notice of possible additional claims under the Endangered Species Act. (Doc. 30). Accordingly, and good cause appearing,

IT IS ORDERED that the joint motion (Doc. 30) is GRANTED, and the remaining deadlines in the Case Management Order are STAYED from the date of this Order.

IT IS FURTHER ORDERED that the parties shall file a joint status report on or before July 29, 2024.

DATED this 28th day of May, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge