IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, et al., | |
| Plaintiffs, | Case No. 9:24-cv-00010-DLC-KLD |
| v. | |
| TOM VILSACK, in his official capacity as Secretary of the Department of Agriculture, et al., | JOINT MOTION TO MODIFY THE CASE MANAGEMENT ORDER/LIFT STAY OF DEADLINES |
| Federal Defendants, | |
| RAVALLI COUNTY, MONTANA, | |
| Defendant-Intervenor, | |
| STATE OF MONTANA DEPARTMENT OF NATURAL RESOURCES, | |
| Defendant-Intervenor. | |

As contemplated by the Joint Status Report filed on September 19, 2024, Federal Defendants, Plaintiffs, and Intervenor-Defendants ("the Parties") submit this Joint Motion to Modify the Case Management Order/Lift Stay of Deadlines:

1. On September 6, 2024, the Court maintained the stay of deadlines in the Case Management Order ("CMO") entered on May 28, 2024, ordered that Plaintiffs send any 60-day notice of potential Endangered Species Act claims regarding the revised Biological Opinion on whitebark pine by September 13, 2024, and ordered that the Parties file another joint status report by September 20, 2024. Dkt. 39.

2. As reported in the Parties' Joint Status Report filed on September 19, 2024, Plaintiffs did not send a 60-day notice by the September 13, 2024 deadline. Dkt. 40 ¶ 2.

3. On Friday, September 20, 2024, Plaintiffs filed a Motion for Leave to File an Amended Complaint. Dkt. 41. The Court granted Plaintiffs' Motion on September 23, 2024, Dkt. 42, and Plaintiffs filed the Amended Complaint the same day, Dkt. 43.

4. Accordingly, there is good cause to lift the stay on the remaining deadlines in the CMO that the Court entered on May 28, 2024. Dkt. 31.

5. Further, to accommodate supplementation of the record based on the Amended Complaint as well as the schedules of counsel, the Parties jointly move to modify the CMO as follows:

| | |
|---|---|
| Federal Defendants' and Intervenor-Defendants' Responsive Pleadings to Amended Complaint | October 7, 2024 |

1

| | |
|---|---|
| Federal Defendants lodge any supplement to the Administrative Record | October 23, 2024 |
| Deadline for motion to challenge any supplement to the Administrative Record[1] | November 6, 2024 |
| Plaintiffs' motion for summary judgment (9,000 words) | December 13, 2024 |
| Federal Defendants' combined cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment (9,000 words) | January 24, 2025 |
| Intervenor-Defendants' combined cross motions for summary judgment and response to Plaintiffs' motion (7,000 words if a joint brief; 3,500 each if separate briefs) | January 24, 2025 |
| Plaintiffs' combined responses to Defendants' cross-motions for summary judgment and reply in support of their motion for summary judgment (10,000 words) | February 21, 2025 |
| Federal Defendants' Reply in support of their cross-motion for summary judgment (5,000 words) | March 21, 2025 |
| Intervenor-Defendants' Reply in support of their cross-motion for summary judgement (3,500 words if | March 21, 2025 |

---

[1] This deadline applies only to a record motion challenging any supplementation of the Administrative Record because the May 24, 2024, deadline for challenging the previously lodged Administrative Record passed before the remaining deadlines were stayed. *See* Dkt. 16.

2

joint brief; 1,750 each if separate briefs)

6. Additionally, the Parties agree that, in this Administrative Procedure Act case that will be decided on the administrative record, the Court should dispense with Local Rule 56.1's requirement for each party to file separate statements of facts along with their briefs. In addition to being unnecessary because this is a record-review case, the filing of such statements would significantly increase the number of filings for the Court and Parties to consider. In lieu of filing separate statements of facts, the Parties propose adjusting the word limits (as reflected above) to allow for additional factual/background information to be included in the Parties' briefing. This proposal is meant to streamline the merits briefs and reduce the number of filings and pages.

7. Accordingly, the Parties respectfully request that the Court grant the Parties' Joint Motion to Modify the CMO/Lift the Stay of Deadlines.

Respectfully submitted on this 27th day of September, 2024.

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Joseph W. Crusham*
SHAUN M. PETTIGREW
Senior Trial Attorney
CA State Bar No. 254564

3

      c/o NOAA Damage Assessment
      7600 Sand Point Way, NE
      Seattle, WA 98115
      Telephone: (202) 532-5973
      shaun.pettigrew@usdoj.gov

      JOSEPH W. CRUSHAM
      Trial Attorney
      CA Bar No. 324764
      Wildlife & Marine Resources Section
      150 M Street, N.E.
      Washington, D.C. 20002
      (202) 307-1145
      joseph.crusham@usdoj.gov

      *Attorneys for Federal Defendants*


      */s/ Jessica Christy*
      Rachel G. Inabnit
      LAW OFFICE OF RACHEL INABNIT, PLLC
      P.O. Box 8846
      Missoula, MT 59807
      (406) 201-1305
      rachel@inabnitlawoffice.com

      Jessica Christy (admitted *pro hac vice*)
      Christy Law LLC
      2055 South Oneida Street, Suite 394
      Denver, CO 80224
      (720) 729-7841
      jessica@christylaw.legal

      Attorneys for Plaintiffs


      */s/ Julie A. Weis*
      Julie A. Weis (admitted *pro hac vice*)

Christopher T. Griffith (admitted *pro hac vice*)
Haglund Kelley LLP
2177 SW Broadway
Portland, Oregon 97201
(503) 225-0777
jweis@hk-law.com
cgriffith@hk-law.com

Bill Fulbright, Ravalli County Attorney
205 Bedford St, Suite C
Hamilton, MT  59804
(406) 375-6750
bfulbright@rc.mt.gov
clindley@rc.mt.gov

*Attorneys for Defendant-Intervenor Ravalli County, Montana*


/s/ Mark C. Phares
MARK C. PHARES
EMILY OBERMILLER
Montana Department of Natural Resources and Conservation
2705 Spurgin Rd.
Missoula, MT 59804
(406) 542-4341
mphares@mt.gov
cnd404@mt.gov

5