# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, et al.,<br><br>　Plaintiffs,<br><br>v.<br><br>TOM VILSACK, in his official capacity as Secretary of the Department of Agriculture, et al.,<br><br>　Federal Defendants,<br><br>RAVALLI COUNTY, MONTANA,<br><br>　Defendant-Intervenor,<br><br>STATE OF MONTANA DEPARTMENT OF NATURAL RESOURCES,<br><br>　Defendant-Intervenor. | Case No. 9:24-cv-00010-DLC-KLD<br><br>[PROPOSED] ORDER |

Before the Court is the Parties' Joint Motion to Lift Stay of Deadlines/Modify the Case Management Order. Accordingly, and good cause appearing,

IT IS ORDERED that the Parties' Joint Motion is GRANTED, the stay of deadlines in the Case Management Order ordered on May 28, 2024, Dkt. 31, is LIFTED, and the Case Management Order is modified as follows:

| | |
|---|---|
| Federal Defendants' and Intervenor-Defendants' Responsive Pleadings to Amended Complaint | October 7, 2024 |
| Federal Defendants lodge any supplement to the Administrative Record | October 23, 2024 |
| Deadline for motion to challenge any supplement to the Administrative Record[1] | November 6, 2024 |
| Plaintiffs' motion for summary judgment (9,000 words) | December 13, 2024 |
| Federal Defendants' combined cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment (9,000 words) | January 24, 2025 |
| Intervenor-Defendants' combined cross motions for summary judgment and response to Plaintiffs' motion (7,000 words if a joint brief; 3,500 each if separate briefs) | January 24, 2025 |
| Plaintiffs' combined responses to Defendants' cross-motions for summary judgment and reply in support of their motion for summary judgment (10,000 words) | February 21, 2025 |
| Federal Defendants' Reply in support of their cross-motion for summary judgment (5,000 words) | March 21, 2025 |

---

[1] This deadline applies only to a record motion challenging any supplementation of the Administrative Record because the May 24, 2024, deadline for challenging the previously lodged Administrative Record passed before the remaining deadlines were stayed. *See* Dkt. 16.

1

March 21, 2025

Intervenor-Defendants' Reply in support of their cross-motion for summary judgement (3,500 words if joint brief; 1,750 each if separate briefs)

DATED this ___ day of ___, 2024.

_____
Honorable Kathleen L. DeSoto
United States Magistrate Judge