IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL; YELLOWSTONE TO UINTAS CONNECTION; FRIENDS OF THE BITTERROOT; and WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>vs.<br><br>TOM VILSACK, in his official capacity as Secretary of the Department of Agriculture; RANDY MOORE, in his official capacity as Chief of the Forest Service; MATTHEW ANDERSON, in his official capacity as the Bitterroot National Forest Supervisor; DAN PLILEY, in his official capacity as the West Fork District Ranger; UNITED STATES FOREST SERVICE; and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | CV 24–10–M–DLC–KLD<br><br><br>ORDER |

The parties have filed a Joint Motion to Lift Stay of Deadlines/Modify the Case Management Order. (Doc. 44). Although the parties have stipulated to dispensing with Local Rule 56.1's requirement for each party to file separate

statements of facts along with their briefs, the Court will not dispense with this requirement. Because the parties will be required to file statements of fact, the Court adjusts the briefing word limits proposed by the parties as set forth below. Accordingly,

IT IS ORDERED that the Parties' Joint Motion is GRANTED, the stay of deadlines in the Case Management Order ordered on May 28, 2024 (Doc. 31), is lifted and the Case Management Order is modified as follows:

| | |
|---|---|
| Federal Defendants' and Intervenor-Defendants' Responsive Pleadings to Amended Complaint | October 7, 2024 |
| Federal Defendants lodge any supplement to the Administrative Record | October 23, 2024 |
| Deadline for motion to challenge any supplement to the Administrative Record[1] | November 6, 2024 |
| Plaintiffs' motion for summary judgment (6,500 words) | December 13, 2024 |
| Federal Defendants' combined cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment (6,500 words) | January 24, 2025 |

---

[1] This deadline applies only to a record motion challenging any supplementation of the Administrative Record because the May 24, 2024, deadline for challenging the previously lodged Administrative Record passed before the remaining deadlines were stayed. *See* (Doc. 16).

| | |
|---|---|
| Intervenor-Defendants' combined cross motions for summary judgment and response to Plaintiffs' motion (6,500 words if a joint brief; 3,250 each if separate briefs) | January 24, 2025 |
| Plaintiffs' combined responses to Defendants' cross-motions for summary judgment and reply in support of their motion for summary judgment (6,500 words) | February 21, 2025 |
| Federal Defendants' Reply in support of their cross-motion for summary judgment (3,500 words) | March 21, 2025 |
| Intervenor-Defendants' Reply in support of their cross-motion for summary judgement (3,250 words if joint brief; 1,625 each if separate briefs) | March 21, 2025 |

DATED this 30th day of September, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge