IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, et al., | |
| Plaintiffs, | Case No. 9:24-cv-00010-DLC-KLD |
| v. | |
| TOM VILSACK, in his official capacity as Secretary of the Department of Agriculture, et al., | UNOPPOSED MOTION TO EXTEND THE REMAINING BRIEFING DEADLINES |
| Federal Defendants, | |
| RAVALLI COUNTY, MONTANA, and STATE OF MONTANA DEPARTMENT OF NATURAL RESOURCES, | |
| Defendant-Intervenors. | |

Plaintiffs hereby submits this *Unopposed Motion to Extend the Remaining Briefing Deadlines*, and states as follows:

1. Counsel for Plaintiffs consulted with counsel for Federal Defendants and for both Defendant-Intervenors, and this Motion is not opposed.

2. On September 30, 2024, this Court granted the Parties' *Joint Motion to Modify the Case Management Order and Lift Stay of Deadlines*.

3. The representative for Plaintiff Friends of the Bitterroot was called out of town to care for her ill mother, who is suffering from dementia and, unfortunately, cannot sign off on Plaintiffs' combined responses to Defendants' cross-motions for summary judgment and reply in support of their motion for summary judgment until after her return around March 15, 2025.

4. Due to competing deadlines in multiple cases, the Federal Defendants have requested their subsequent deadline be extended by two weeks to May 2, 2025. Defendant-Intervenors prefer to remain on the same briefing schedule as Federal Defendants, and so request the same deadline.

5. Thus, Plaintiffs respectfully request the Court approve the remaining briefing deadlines as follows:

| | |
|---|---|
| Plaintiffs' combined responses to Defendants' cross-motions for summary judgment and reply in support of their motion for summary judgment | March 24, 2024 |
| Federal Defendants' Reply in support of their cross-motion for summary judgment | May 2, 2025 |
| Intervenor-Defendants' Reply in support of their cross-motion for summary judgement | May 2, 2025 |

6. Accordingly, Plaintiffs respectfully request that the Court grant this *Unopposed Motion to Extend the Remaining Briefing Deadlines by Two Weeks*.

1

Respectfully submitted on this March 6, 2025.

/s/ *Jessica Christy*
Jessica Christy
Christy Law LLC
2055 South Oneida Street, Suite 394
Denver, CO 80224
(720) 729-7841
jessica@christylaw.legal

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I served a true and correct copy of the foregoing document, via CM/ECF on:

SHAUN M. PETTIGREW
Senior Trial Attorney
CA State Bar No. 254564
c/o NOAA Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
Telephone: (202) 532-5973
shaun.pettigrew@usdoj.gov

JOSEPH W. CRUSHAM
Trial Attorney
CA Bar No. 324764
Wildlife & Marine Resources Section
150 M Street, N.E.
Washington, D.C. 20002
(202) 307-1145
joseph.crusham@usdoj.gov

*Attorneys for Federal Defendants*

MARK C. PHARES
EMILY OBERMILLER
Montana Department of Natural Resources and Conservation
2705 Spurgin Rd.
Missoula, MT 59804
(406) 542-4341
mphares@mt.gov
cnd404@mt.gov

*Attorneys for Montana Department of Natural Resources and Conservation*

Julie A. Weis (admitted *pro hac vice*)
Christopher T. Griffith (admitted *pro hac vice*)
Haglund Kelley LLP
2177 SW Broadway
Portland, Oregon 97201
(503) 225-0777
jweis@hk-law.com
cgriffith@hk-law.com

Bill Fulbright, Ravalli County Attorney
Christine Lindley, Deputy County Attorney
205 Bedford St, Suite C
Hamilton, MT 59804
(406) 375-6750
bfulbright@rc.mt.gov
clindley@rc.mt.gov

*Attorneys for Defendant-Intervenor Ravalli County, Montana*

Rachel G. Inabnit
LAW OFFICE OF RACHEL INABNIT, PLLC
P.O. Box 8846
Missoula, MT 59807
(406) 201-1305
rachel@inabnitlawoffice.com

*Attorney for Plaintiffs*

3