IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TOM VILSACK, in his official capacity as Secretary of the Department of Agriculture, et al.,<br><br>Federal Defendants,<br><br>RAVALLI COUNTY, MONTANA, and STATE OF MONTANA DEPARTMENT OF NATURAL RESOURCES,<br><br>Defendant-Intervenors. | Case No. 9:24-cv-00010-DLC-KLD<br><br><br>ORDER ON UNOPPOSED MOTION TO EXTEND THE REMAINING BRIEFING DEADLINES |

Plaintiffs submitted an *Unopposed Motion to Extend the Remaining Briefing Deadlines*, on March 6, 2025. The Motion requests a two-week extension to file Plaintiffs' combined responses to Defendants' cross-motions for summary judgment and reply in support of their motion for summary judgment to March 24, 2025, and a four-week extension for the Federal Defendants and Intervenor-Defendants to May

2, 2025. The Motion is unopposed by all Parties to the case. Accordingly, and good cause appearing,

IT IS ORDERED that the Motion (Doc. \_\_\_\_) is GRANTED, and the deadlines are extended as follows:

| | |
|---|---|
| Plaintiffs' combined responses to Defendants' cross-motions for summary judgment and reply in support of their motion for summary judgment | March 24, 2024 |
| Federal Defendants' Reply in support of their cross-motion for summary judgment | May 2, 2025 |
| Intervenor-Defendants' Reply in support of their cross-motion for summary judgement | May 2, 2025 |

DATED this \_\_\_\_ day or March, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge