ADAM R.F. GUSTAFSON
United States Department of Justice
Acting Assistant Attorney General
Environment & Natural Resources Division

SHAUN M. PETTIGREW (CA Bar No. 254564)
Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 532-5973
shaun.pettigrew@usdoj.gov

JOSEPH W. CRUSHAM (CA Bar No. 324764)
Trial Attorney
Wildlife & Marine Resources Section
150 M Street, N.E.
Washington, D.C. 20002
(202) 307-1145
joseph.crusham@usdoj.gov

*Counsel for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL, YELLOWSTONE TO UINTAS CONNECTION, FRIENDS OF THE BITTERROOT, and WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of | Case No. 9:24-cv-00010-DLC-KLD<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

| | |
|---|---|
| Agriculture; RANDY MOORE, in his official capacity as Chief of the Forest Service; MATTHEW ANDERSON, in his official capacity as the Bitterroot National Forest Supervisor; DAN PLILEY, in his official capacity as the West Fork District Ranger; UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE, | ) ) ) ) ) ) ) ) ) ) ) |
| Federal Defendants, | ) ) |
| RAVALLI COUNTY, MONTANA, | ) ) |
| Defendant-Intervenor, | ) ) |
| and | ) ) |
| STATE OF MONTANA DEPARTMENT OF NATURAL RESOURCES, | ) ) ) |
| Defendant-Intervenor. | ) ) ) ) ) |

Please take notice that Joseph W. Crusham is withdrawing as counsel for the Federal Defendants in this action. Shaun Pettigrew of the U.S. Department of Justice has appeared and will continue to represent the Federal Defendants in this matter.

Respectfully submitted on this 29th day of July, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

1

Environment & Natural Resources Division


*/s/ Joseph W. Crusham*
SHAUN M. PETTIGREW
Senior Trial Attorney, CA Bar No. 254564
Natural Resources Section
c/o NOAA Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 532-5973
shaun.pettigrew@usdoj.gov

JOSEPH W. CRUSHAM
Trial Attorney, CA Bar No. 324764
Wildlife & Marine Resources Section
150 M Street, N.E.
Washington, D.C. 20002
(202) 307-1145
joseph.crusham@usdoj.gov

*Counsel for Federal Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

                                    /s/ *Joseph W. Crusham*
                                    Joseph W. Crusham