IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL, YELLOWSTONE TO UINTAS CONNECTION, FRIENDS OF THE BITTERROOT, and WILDEARTH GUARDIANS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture;[1] TOM SCHULTZ, in his official capacity as Chief of the United States Forest Service; MATTHEW ANDERSON, in his official capacity as the Bitterroot National Forest Supervisor; UNITED STATES FOREST SERVICE; and UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>    Federal Defendants,<br><br>RAVALLI COUNTY, MONTANA and STATE OF MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION,<br><br>    Defendant-Intervenors. | CV 24–10–M–DLC–KLD<br><br><br>ORDER |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the current public officers are substituted for their predecessors as named Defendants.

On December 18, 2025, Plaintiffs filed a notice of supplemental authority with the Court. (Doc. 89.) That same day, Defendants filed a response to Plaintiffs' notice (Doc. 90) and a separate notice regarding their response (Doc. 91). In the latter notice, Defendants indicate that they neglected to request leave of the Court before filing a response to Plaintiffs' notice in accordance with District of Montana Local Rule 7.4. (Doc. 91 at 1.) Defendants withdraw their initial response and seek leave to respond to Plaintiffs' notice of supplemental authority. (*Id.*)

Accordingly, IT IS ORDERED that Defendants initial response (Doc. 90) is hereby withdrawn and, in accordance with Local Rule 7.4, Defendants are granted leave to file a response to Plaintiffs notice of supplemental authority (Doc. 89). Defendants shall re-file their response as a new document.

DATED this 22nd day of December, 2025.

_____
Dana L. Christensen, District Judge
United States District Court